AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LEONARD J. BAGGETT,          ) <br>       Plaintiff,      ) <br>                                 ) <br> v.                         ) <br>                               ) <br> MICHAEL J. ASTRUE,          ) <br> Commissioner of Social Security,   ) <br>       Defendant.     ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:08-CV-165-D** |

**Decision by Court.**

      IT IS ORDERED AND ADJUDGED that the Plaintiff's Motion for Judgment on the Pleadings is DENIED and Defendant's Motion for Judgment on the Pleadings is GRANTED. Defendant's final decision is AFFIRMED, and this action is DISMISSED. The Clerk is DIRECTED to close the case.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **May 20, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Diane S. Griffin <br> P.O. Box 10629 <br> Raleigh, NC 27605-0629 | Charlene P. Bellinger-Honig <br> Social Security Administration <br> Rm 617, Altmeyer Bldg. <br> 6401 Security Blvd. <br> Baltimore, MD 21235 |

| | |
|---|---|
| <u>May 20, 2009</u> <br> Date | DENNIS P. IAVARONE <br> Clerk of Court <br><br>  /s/ Susan K. Edwards<u>                  </u> |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |